UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) ANA ANGELET, et al.

CIVIL NO. 97-1378 (DRD)

v.

Defendant(s) United States of America, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 11 | ☐ GRANTED. |
| Date: August 26, 1998 | ☐ DENIED. |
| Title: Joint Status Report | ☐ MOOT. |
|  | ☐ NOTED. |

RECEIVED AND FILED
99 DEC 22 AM 7:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The parties requested that the next status report deadline be extended until July 31, 1999. That self-imposed deadline has long since passed. Therefore, the Plaintiff's are hereby ORDERED TO SHOW CAUSE BY JANUARY 10, 2000 why this case should not be dismissed for failure to comply with the Court's order and/or failure to prosecute. Failure to comply with this order may result in the dismissal of this case.

IT IS SO ORDERED.

IT IS SO ORDERED.

Date: 12/20/99.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE