UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ANA ANGELET, et al.,

    Plaintiffs,

v.                                                         CIVIL NO. 97-1378 (DRD)

UNITED STATES OF AMERICA, et al.,

    Defendants.

## ORDER

On January 7, 2000, the parties filed a Joint Status Report (Docket No. 14), informing the Court that a settlement is eminent, that is by March 1, 2000. The instant case has languished on the Court's docket for nearly three years with the parties representing to the Court that a settlement is forthcoming. The Court will not remain in a state of suspended animation forever waiting for a settlement to materialize. Therefore, given the March 1, 2000 settlement deadline guidance from the parties, the Court hereby sets the following: 1) **Settlement Conference – March 7, 2000 at 4:30 p.m.**; 2) **Pretrial Conference – March 21, 2000 at 4:30 p.m.**; and 3) **Trial – March 28, 2000 at 9:00 a.m.** The parties are forewarned that a visiting judge may see this case should the undersign's calendar not permit his presiding over the case. Also, the parties are to come to the Settlement Conference fully prepared, that is with authority from clients to settle or immediate access to such authorization.

IT IS SO ORDERED.

Date: January 10, 2000

P:\PEACHORD ERS\97-1378 ORD

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:    EOD:

By: