IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA ANGELET, et al., )
)
    Plaintiffs, )
)
v. ) No. 97-1378 (DRD)
)
THE UNITED STATES OF AMERICA, )
THE UNITED STATES POSTAL SERVICE, )
and JAMES KING, DIRECTOR OF THE )
OFFICE OF PERSONNEL MANAGEMENT, )
)
    Defendants. )

## ORDER

Upon consideration of the Joint Motion for Reconsideration filed February 2, 2000, and the representations of counsel for defendants at a telephonic conference with the Court on February 24, 2000, which was conducted with the knowledge and approval of lead counsel for the plaintiffs, it is hereby ORDERED:

1) the Joint Motion for Reconsideration is granted;

2) the Court's Order entered in this matter on January 19, 2000, is vacated; and

3) further proceedings are stayed until July 31, 2000, to allow the parties to continue their efforts to conclude a settlement through the Safe Harbor Process.

Dated: February 29, 2000

                            DANIEL R. DOMINGUEZ
                            U.S. District Judge