# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Ana Angelet, et al.

CIVIL NO. 97-1378 (DRD)

v.

Defendant(s) United States of America, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 18 | ❏ GRANTED. |
| Date: June /29/2000. | ❏ DENIED. |
| Title: Joint Status Report | ❏ MOOT. |
| | ❏ NOTED. |

RECEIVED AND FILED
00 OCT 26 PM 4: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The parties are ORDERED to inform the Court by October 30, 2000 as to the status of the settlement of this case

IT IS SO ORDERED.

Date: 10/26/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE