UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA ANGELET, et al.,
**Plaintiffs**

v.                                                                                       CASE NUMBER: 97-1378 (DRD)

**UNITED STATES OF AMERICA, et al.,**
**Defendants.**

---

### ORDER

The parties filed on October 30, 2000 a Joint Status Report and Notice of Dismissal (Docket No. 20). Appended to the motion are three documents issued by the District Court of the Virgin Islands, Division of St. Croix, in the case of Roberto Caraballo, et al. v. United States of America, et al., D.C. Civil No. 1997/27: (1) Findings of Fact and Conclusions of Law; (2) Monetary Judgment; and, (3) Judgment, Final Order, and Decree. The parties inform that pursuant to the above documents the class action settlement is now final. Further, the Court **GRANTS** the Plaintiffs' request to dismiss this case pursuant to FED. R. CIV. P. 41(a)(1)(i), and thus, this case is **DISMISSED**. Judgment is to be entered accordingly.
**IT IS SO ORDERED.**

Date: November 27, 2000                                                      DANIEL R. DOMINGUEZ
P:\PEACHORD ERS\97-1378 DIS                                           U.S. District Judge

Rec'd:                    EOD:

By:                       #