UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA ANGELET, et al.,
**Plaintiffs**

v.

CASE NUMBER: 97-1378 (DRD)

**UNITED STATES OF AMERICA, et al.,**
**Defendants.**

| JUDGMENT |
|---|
| In accordance with the Order of this same date, this case is hereby **DISMISSED**. **IT IS SO ADJUDGED AND DECREED.** |

Date: November 27, 2000

P:\PEACHORD.ERS\97-1378 DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 NOV 27 PM 4:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| Rec'd: | EOD: |
|---|---|
| By: | |